### Randy W. LUTJEN, Sr., Respondent,

v.

### DIRECTOR OF REVENUE, State of Missouri, Appellant.

#### No. WD 59271.

Missouri Court of Appeals, Western District.

Submitted Sept. 20, 2001.

Decided Nov. 20, 2001.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. for Revenue, Jefferson City, MO., for appellant.

James S. Grantham, Versailles, MO., for respondent.

Before THOMAS H. NEWTON, P.J.,
HAROLD L. LOWENSTEIN, and
JAMES M. SMART, Jr., JJ.

### Order

PER CURIAM:

The Director of Revenue appeals a judgment reinstating the driving privileges of Randy Lutjen. Finding the Director has failed to comply with Rule 84.04, we conclude that the Director has not preserved an issue for review. A formal opinion would lack jurisprudential value. A memorandum as to the basis of the decision has been furnished to the parties. The judgment is affirmed. Rule 84.16(b).